In the Matter of HAROLD I. GOLD, Appellant, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ. [See *post*, p. 883.]

■

In the Matter of LUCILLE WHITE et al., as Stockholders of American Metal Company, Limited, Respondents. AMERICAN METAL COMPANY, LIMITED, Appellant.— Order affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.; Dore, J., dissents and votes to reverse and deny and remit to Special Term to fix value. (See *Matter of Marcus* [*Macy & Co.*], 273 App. Div. 725, 727.) [See *post*, p. 883.]

■

In the Matter of the Compulsory Accounting of BEATRICE KREINER, as Administratrix of the Estate of MICHAEL M. KREINER, Deceased, Appellant. HELEN KREINER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

■

■

ANNA BERMANN, Appellant, v. FRED S. BERMANN, Respondent.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

■

FRANCES GACK et al., Appellants, v. R. H. MACY & Co., INC., Respondent.— In this case plaintiff alleged and defendant denied making of the warranties relied on and examination should have been permitted on the issues thus raised. Rule X of the New York County Trial Term Rules was intended to enlarge rather than limit the scope of examinations before trial where the right to such had previously been denied. It was not designed to reduce or diminish the area of prior permissible inquiry. Order unanimously modified so as to grant, in addition to the items allowed, all items requested in the notice of examination, except item 8, and, as so modified, affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.